IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

FANNIE MAE LUELLEN, individually, and
as personal representative of the Estate of
Columbus Luellen                                                           PLAINTIFF

v.                             No. 1:13-cv-111-DPM

BLACK FARMERS CLAIMS
ADMINISTRATOR                                                            DEFENDANT

JUDGMENT

Luellen's complaint is dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2013