# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**FANNIE MAE LUELLEN, individually, and
as personal representative of the Estate of
Columbus Luellen**                                                   **PLAINTIFF**

v.                                   **No. 1:13-cv-111-DPM**

**BLACK FARMERS CLAIMS
ADMINISTRATOR**                                          **DEFENDANT**

## JUDGMENT

Luellen's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*

D.P. Marshall Jr.
United States District Judge

9 December 2013