## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**FANNIE MAE LUELLEN, Individually**
**and as personal representative of the**
**Estate of Columbus Luellen**                                              **PLAINTIFF**

v.                                          **No. 1:13-cv-111-DPM**

**BLACK FARMERS CLAIMS**
**ADMINISTRATOR**                                                      **DEFENDANT**

### ORDER

The Court is puzzled by Luellen's recent filing, № 5, which the Clerk

docketed as a notice.  This case is over and done with.  The Court entered

judgment in December 2013.  To the extent Luellen's recent filing is a motion

for relief from the judgment under Federal Rule of Civil Procedure 60(b), it

has no merit and is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 June 2014